IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00866-RPM

COREY J. BROWN,

    Plaintiff,

v.

BROOMFIELD SIGN COMPANY, INC., d/b/a BSC SIGNS,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Notice of Voluntary Dismissal with Prejudice [Doc. 7] it is

    ORDERED that this action is dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).

    DATED: September 15th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge